JML LAW, A PROFESSIONAL LAW CORPORATION
Nicholas W. Sarris (SBN 242011)
nsarris@jmllaw.com
Amanda Erickson (SBN 352173)
aerickson@jmllaw.com
5855 Topanga Canyon Boulevard, Suite 300
Woodland Hills, California 91367
Telephone:  (818) 610-8800
Facsimile:   (818) 610-3030

Attorneys for Plaintiff
MAYRA CAMPOS

DILLINGHAM & MURPHY, LLP
William F. Murphy (SBN 82482)
wfm@dillinghammurphy.com
William P. Fuller (SBN 357659)
wpf@dillinghammurphy.com
155 Sansome Street, Suite 700
San Francisco, California 94104
Telephone:  (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Defendant
ANTHONY MARTINEZ

SEYFARTH SHAW LLP
Candace Bertoldi (SBN 254725)
cbertoldi@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MAYRA CAMPOS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; ANTHONY MARTINEZ, an individual; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No.  4:24-cv-09455-JST<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff Mayra Campos, Defendant Dollar Tree Stores, Inc, and Defendant Anthony Martinez, by and through their respective counsel of record, hereby stipulate to a dismissal with prejudice of this action in its entirety, including the operative Complaint and all causes of action that are and/or that could have been alleged as to any named party therein with each party to bear his, her, or its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Date:  February 23, 2026                JML LAW, A Professional Law Corporation

                                By:  */s/ Amanda Erickson*
                                Nicholas W. Sarris
                                Amanda Erickson
                                Attorney for Plaintiff
                                MAYRA CAMPOS

Date:  February 23, 2026                SEYFARTH SHAW LLP

                                By:  */s/ Robin E. Devaux*
                                Robin E. Devaux
                                Candace Bertoldi
                                Attorneys for Defendant
                                DOLLAR TREE STORES, INC

Date:  February 23, 2026                DILLINGHAM & MURPHY, LLP

                                By:  */s/ William F. Murphy*
                                William F. Murphy
                                William P. Fuller
                                Attorneys for Defendant
                                ANTHONY MARTINEZ

**<u>ECF ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

Date:   February 23, 2026

/s/ <i>Amanda Erickson</i>
Amanda Erickson

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION:**

The Court hereby **APPROVES** the Parties' Stipulation and orders as follows:

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), this action, including the operative Complaint and all causes of action that are and/or that could have been alleged as to any named party therein is hereby dismissed with prejudice, with each party to bear his, her, or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 23, 2026

_____
United States District Judge Jon S. Tigar
United States District Court Judge